# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-3481

_____

| | |
|---|---|
| Ralph E. Perkins, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * District of Minnesota. |
| Kenneth S. Apfel, Commissioner of | * |
| Social Security,* | * [UNPUBLISHED] |
| | * |
| Appellee. | * |

_____

Submitted: July 1, 1998

Filed: July 6, 1998

_____

Before BOWMAN, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit
Judges.

_____

PER CURIAM.

Ralph E. Perkins, who sought disability insurance benefits and supplemental
security income based primarily on depression and related symptoms, appeals the

_____

*Kenneth S. Apfel has been appointed to serve as Commissioner of Social
Security, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure
43(c).

district court's[1] grant of summary judgment affirming the Social Security Commissioner's decision to deny Perkins's applications for benefits. On appeal, Perkins argues the administrative law judge did not fully consider various pieces of evidence of record, and he submitted a number of new documents related to his medical conditions.

Having carefully reviewed the record and the parties' briefs, we affirm the judgment of the district court because we conclude that the administrative findings are supported by substantial evidence. See Piepgras v. Chater, 76 F.3d 233, 236 (8th Cir. 1996). We also conclude that the medical opinions and other documents submitted by Perkins on appeal, to the extent such material was not already considered during the administrative proceedings, do not establish cause to remand, but may be used to support a new application for benefits. See Jones v. Callahan, 122 F.3d 1148, 1154 (8th Cir. 1997).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Paul A. Magnuson, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.